**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

—————————————————————————

UNITED STATES OF AMERICA                    )
                                            )
            v.                              )      Case No. 1:09-CR-206-GBL-2
                                            )      Hon. Gerald Bruce Lee
RAYMOND AZAR,                               )      Sentencing November 6, 2009
                         Defendant.         )
—————————————————————————

**NOTICE OF FILING OF DEFENDANT'S MOTION**
**TO SEAL PURSUANT TO LOCAL RULE 49(E)**

The defendant, Raymond Azar, through counsel, has this day filed the Defendant's

Motion to Seal, Non-Confidential Memorandum in support thereof, and Proposed Order,

pursuant to Local Rule of Court 49(E) of the Local Criminal Rules for the United States District

Court for the Eastern District of Virginia.


                                            Respectfully submitted,


October 30, 2009                            **s/ Sean Beaty_____**

                                             Sean P. Beaty (VSB No. 67941)
                                             James F. Hibey
                                             Joseph Walker

                                             HOWREY LLP
                                             1299 Pennsylvania Ave., N.W.
                                             Washington, DC  20004-2402
                                             Telephone:  (202) 783-6944
                                             Facsimile:  (202) 478-2691
                                            beatys@howrey.com

                                            *Counsel for Raymond Azar*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2009, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to all counsel registered to receive electronic service.

<u>**s/ Sean Beaty**</u>

Sean P. Beaty (VSB No. 67941)

HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004-2402
Telephone:  (202) 783-6944
Facsimile:  (202) 478-2691
beatys@howrey.com

*Counsel for Raymond Azar*